JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-06205-RGK-JC | Date | March 15, 2018 |
|---|---|---|---|
| Title | *MICHAEL CHANG v. RICKY NOH et al.* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:** **(IN CHAMBERS) Order to Dismiss for Lack of Subject Matter Jurisdiction**

Court records show that on November 27, 2017, the Court granted Defendants' Motion to Dismiss as to Claims 1, 2, 4 and 5. As to Claim 3, the Court granted the motion as to Defendants MC, Style, Silla, DBDE, Yoon, and Park. Therefore, the single claim that conferred federal jurisdiction on the action, Claim 5, had been dismissed. The only claim remaining is a state common law claim asserted for breach of fiduciary duty asserted by Plaintiff, a California citizen, against Defendant Noh, who is also a California citizen.

In light of the foregoing, the Court, in its discretion, does not exercise supplemental jurisdiction over the remaining claim. The Court hereby *sua sponte* dismisses the action for lack of subject matter jurisdiction.

**IT IS SO ORDERED**

_____ : _____

Initials of Preparer